No. 05-60321



IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

GULF RESTORATION NETWORK; SIERRA CLUB;
LOUISIANA CHARTER BOAT ASSOCIATION;
Petitioners,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION,
Respondent.

ON PETITION FOR REVIEW OF A DECISION OF THE
UNITED STATES DEPARTMENT OF TRANSPORTATION

**RESPONDENT'S OPPOSITION TO MOTION FOR LEAVE TO INTERVENE BY CONOCOPHILLIPS COMPANY, COMPASS PORT LLC, AND BEACON PORT LLC**

The respondent United States Department of Transportation respectfully opposes the motion for leave to intervene by ConocoPhillips Company, Compass Port LLC, and Beacon Port LLC. We recognize that these companies are interested in these proceedings; however, we believe that they would more appropriately be amici curiae rather than parties. (Their interests are different from the interest of Gulf Landing LLC, which was the entity that received a license in the decision under review and which also filed a motion to intervene

that the parties did not oppose.) Accordingly, the United States Department of Transportation submits that the Court should deny the motion for leave to intervene by ConocoPhillips Company, Compass Port LLC, and Beacon Port LLC without prejudice to these companies' ability to participate as amici curiae.

                                      Respectfully submitted,

                                      TODD S. KIM
                                      Attorneys, U.S. Department of Justice
                                      Environment & Natural Resources Division
                                      P.O. Box 23795 (L'Enfant Plaza Station)
                                      Washington, D.C.  20026
                                      (202) 514-2762

90-13-1-11602
May 19, 2005

# CERTIFICATE OF SERVICE

I certify that, on May 19, 2005, copies of this Respondent's Opposition to Motion for Leave to Intervene by ConocoPhillips Company, Compass Port LLC, and Beacon Port LLC were delivered by Federal Express to the Clerk of this Court and served via United States post and fax to counsel of record at:

Karla Raettig
Tulane Environmental Law Clinic
6329 Freret St.
New Orleans, LA 70118-6231

Warren W. Harris
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770

Kevin A. Ewing
Bracewell & Giuliani LLP
2000 K St., NW, Ste. 500
Washington, DC 20006-1872

David A. Savage
Baker Botts LLP
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, Texas 78701-4039

Todd S. Kim
Attorney, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 23795
L'Enfant Plaza Station
Washington, D.C. 20026
(202) 514-2762