# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

June 8, 2006

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW

Regarding:   Fifth Circuit Statement on Petitions for Rehearing or Rehearing En Banc

   No. 05-60321 Gulf Restoration v. US Dept of Trans
      USDC No.  33 USC 1516
      -------------------------------------------------

Enclosed is a copy of the court's decision. The court has entered judgment under FED. R. APP. P. 36. (However, the opinion may yet contain typographical or printing errors which are subject to correction.)

FED. R. APP. P. 39 through 41, and 5TH CIR. RULES 35, 39, and 41 govern costs, rehearings, and mandates. **5TH CIR. RULES 35 and 40 require you to attach to your petition for panel rehearing or rehearing en banc an unmarked copy of the court's opinion or order.** Please read carefully the Internal Operating Procedures (IOP's) following FED. R. APP. P. 40 and 5TH CIR. R. 35 for a discussion of when a rehearing may be appropriate, the legal standards applied and sanctions which may be imposed if you make a nonmeritorious petition for rehearing en banc.

Direct Criminal Appeals. 5TH CIR. R. 41 provides that a motion for a stay of mandate under FED. R. APP. P. 41 will not be granted simply upon request. The petition must set forth good cause for a stay or clearly demonstrate that a substantial question will be presented to the Supreme Court. Otherwise, this court may deny the motion and issue the mandate immediately.

Pro Se Cases. If you were unsuccessful in the district court and/or on appeal, and are considering filing a petition for certiorari in the United States Supreme Court, you do not need to file a motion for stay of mandate under FED. R. APP. P. 41. The issuance of the mandate does not affect the time, or your right, to file with the Supreme Court.

The judgment entered provides that petitioners pay to respondent the costs on appeal.

                                    Sincerely,
                                    CHARLES R. FULBRUGE III, Clerk

                                    By: *Kristin Cowdell*
                                       Kristin Cowdell, Deputy Clerk

Enclosure
Mr Joel R Waltzer
Mr Adam Lawrence Babich
Ms Karla Raettig
Ms Jill Marie Witkowski
Mr Paul Maitland Geier

Mr John Jamian
Mr Todd Sunhwae Kim
Mr Warren Wayne Harris
Mr David Andrew Savage